

# IN THE
# TENTH COURT OF APPEALS

### No. 10-12-00310-CV

## IN THE MATTER OF H.C., A JUVENILE

### From the 272nd District Court
### Brazos County, Texas
### Trial Court No. 276-J-2010

## MEMORANDUM  OPINION

After briefing by appellant and the State, the State concedes error in the failure to suppress evidence on appellant's motion in the trial court.  The State requests the trial court's order be reversed and the case remanded for further proceedings.  Appellant requests the same relief.

It is therefore ordered that the trial court's judgment is reversed and the case is remanded to the trial court for further proceedings.  The Clerk of this Court is ordered to issue the mandate for this appeal as soon as possible.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Reversed and remanded
Opinion delivered and filed March 21, 2013
[CV06]